# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:**  Category No. __II__   Investigating Agency __DEA__

**City** __Littleton__

**Related Case Information:**

**County** __Middlesex__

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number __see additional information__
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name: __Cornelio Hernandez__   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address (City & State): __Fort Worth, Texas__

Birth date (Yr only): __1971__   SSN (last4#): __3802__   Sex __M__   Race: __White__   Nationality: __Mexico__

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

## U.S. Attorney Information:

**AUSA** __Samuel R. Feldman__   Bar Number if applicable _____

**Interpreter:** ☑ Yes ☐ No   List language and/or dialect: __Spanish__

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at __Middlesex HOC (Billerica)__   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty ── ☐ Misdemeanor ── ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __05/18/2023__   Signature of AUSA: _[signature]_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Cornelio Hernandez

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to possess with intent to distribute controlled substances | 1 |
| Set 2 | 21 USC 841(a)(1), (b)(1)(A) | Possession with intent to distribute five kilograms or more of cocaine | 2 |
| Set 3 | 21 USC 853 | Drug forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   23-4204, 4205, 4294, 4308-DHH

**Criminal Case Cover Sheet**                                                             **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City** Littleton                    **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number   see additional information
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Erasmo Lira-Mendez          Juvenile: ☐ Yes  ☐ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☐ No

Alias Name: _____

Address: (City & State) N/A

Birth date (Yr only): 1984   SSN (last4#): _____   Sex: M   Race: White   Nationality: Hispanic

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Samuel R. Feldman          Bar Number if applicable _____

**Interpreter:** ☑ Yes  ☐ No     List language and/or dialect: Spanish

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☑ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at Middlesex HOC (Billerica)  ☐ Serving Sentence  ☑ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 05/18/2023          Signature of AUSA: _[signature]_

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):

**Name of Defendant**     Erasmo Lira-Mendez

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to possess with intent to distribute controlled substances | 1 |
| Set 2 | 21 USC 841(a)(1), (b)(1)(A) | Possession with intent to distribute five kilograms or more of cocaine | 2 |
| Set 3 | 21 USC 853 | Drug forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   23-4204, 4205, 4294, 4308-DHH